MINUTE ENTRY
CHASEZ, M.J.
SEPTEMBER 18, 2013

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTIN RADOSTA                          CIVIL ACTION

VERSUS                                  NUMBER: 13-4441

LEXINGTON INSURANCE COMPANY             SECTION: "L"(5)

HEARING ON MOTION

APPEARANCES:  Melissa DeBarbieris, Michael Brandner

MOTION:

(1)  M&M's Motion to Quash and/or Limit Subpoena Duces Tecum (Rec.
     doc. 11).

_____: Continued to

_____: No opposition

\_\_1\_\_: Opposition

MJSTAR(00:10)

ORDERED

_____:   Dismissed as moot.

_____:   Dismissed for failure of counsel to appear.

_____:   Granted.

_____:   Denied.

___1___:   Other.  M&M is to respond to the subpoena within one (1)
           week.  If it has no information responsive to any
           particular area of inquiry it is to so state in writing.
           Any claim for compensation that M&M may have is to be
           asserted separately.

_____
                ALMA L. CHASEZ
        UNITED STATES MAGISTRATE JUDGE